CHARLOTTE MCGUIRE, individually and as )
next of kin, of MICHAEL WALDEN, deceased, )
                                              )
        Plaintiff,                 )
                                              )
    v.                                 )     **Case No. 3:09-1107**
                                            )     **Judge Echols**
HOLT PLUMBING COMPANY, LLC; )
HOLT PLUMBING HEATING AND )
COOLING, LLC; MARK ALLEN MERCER, )
Agent/Employee of Holt Plumbing Heating and )
Cooling, LLC; KISAN, LLC d/b/a The Drake )
Motel, Inc.;THOMAS EDWARD NILES, )
Agent/ Employee of Kisan, LLC  d/b/a )
The  Drake Motel, Inc.; ROBERT SNITZER; )
and PIEDMONT NATURAL GAS COMPANY, )
INC. )
                                             )
        Defendants.              )

## ORDER

This is a wrongful death action which invokes this Court's diversity jurisdiction. Defendants

Thomas Edward Niles and Kisan, LLC have filed Motions to Dismiss for lack of subject matter

jurisdiction (Docket Entry Nos. 8 & 10) in which they argue that complete diversity does not exist

in this case because those Defendants are residents of Tennessee and the decedent was a Tennessee

resident at the time of his death.  In response, Plaintiff concurs that complete diversity does not exist

in this case and requests that the Court dismiss the action pursuant to Rule 41(a)(2) of the Federal

Rules of Civil Procedure so that Plaintiff can refile this case in state court.

Given the filings, it is clear that this Court lacks subject matter jurisdiction over this action.

Accordingly, the Court GRANTS Plaintiff's request (Docket Entry No. 13) and this case is hereby

1

DISMISSED WITHOUT PREJUDICE.  Defendants' Motions to Dismiss (Docket Entry Nos. 8 &

10) are hereby DENIED AS MOOT.

It is SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

Case 3:09-cv-01107   Document 16   Filed 01/26/10   Page 2 of 2 PageID #: 140